**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INTERLINK ELECTRONICS, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **C.A. No.:** |
| | ) | |
| **NINTENDO OF AMERICA,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| *Defendant.* | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND**

Plaintiff, INTERLINK ELECTRONICS, INC., for its Complaint herein, states as follows:

### I. JURISDICTION

1.     This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code.

2.     The subject matter jurisdiction for this Court is founded upon 28 U.S.C. § 1338 (patents) and 28 U.S.C. § 1331 (federal question).

3.     Upon information and belief, defendant, Nintendo of America Inc. ("Nintendo"), regularly and continuously engages in substantial sales and other business transactions in Delaware, and has sold infringing products and/or committed infringing acts in this district.    The United States District Court for the District of Delaware therefore has *in personam* jurisdiction over the defendant.

-1-

## II.  THE PARTIES

4.      Plaintiff Interlink Electronics, Inc. ("Interlink") is a Delaware corporation, having a principal place of business located at 546 Flynn Road, Camarillo, California 93012.

5.      Upon information and belief, defendant Nintendo is a Washington corporation, having a principal place of business at 4820 150th Avenue, N.E., Redmond, Washington 98052.  Nintendo manufactures, uses, offers to sell and sells controllers for use with the Nintendo Wii video game system that infringe U.S. Patent No. 6,850,221.

## III.  COUNT I - PATENT INFRINGEMENT

6.      On February 1, 2005, U.S. Patent No. 6,850,221 ("the '221 patent"), entitled "Trigger Operated electronic Device," was duly and legally issued.  (See Exhibit A, U.S. Patent No. 6,850,221.)

7.      Defendant has made, used, offered for sale and sold in the United States, and continues to make, use, offer for sale and sell in the United States one or more controllers, which activities infringe, induce others to infringe, and/or contributorily infringe the '221 patent.

8.      Plaintiff has suffered damages, including but not limited to, loss of reasonable royalties, reduced sales and/or lost profits as a result of the infringing activities of the defendant, and will continue to suffer such damage as long as those infringing activities continue.

9.    Upon information and belief, the defendant's infringement of the '221 patent is unlawful and willful and will continue unless enjoined by this Court.

10.    Plaintiff has no adequate remedy at law.  Unless enjoined by this Court, the defendant will continue such acts of infringement to plaintiff's substantial and irreparable damage.

## IV. <u>DEMAND FOR RELIEF</u>

Accordingly, Plaintiff respectfully demands that this Court enter judgment:

A.    Preliminarily and permanently enjoining and restraining defendant, its officers, directors, employees, agents, servants, successors and assigns, and any and all persons acting in privity or in concert with the defendants, from further infringement of the '221 patent;

B.    Awarding Plaintiff its damages, together with prejudgment interest and costs, and increasing those damages to three times the amount found or assessed as provided by 35 U.S.C. § 284;

C.    Declaring this an exceptional case within the meaning of 35 U.S.C. § 285, and awarding Plaintiff its reasonable attorney's fees and costs and disbursements in this action; and

D.    Granting to plaintiff such other and further relief as this Court deems reasonable.

## VI.  DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury of any and all issues triable of

right by a jury in the above-captioned action.


Dated:  December 4, 2006


By: _____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Tel:   (302) 888-6800
Fax:   (302) 571-1750


Mark A. Cantor (MI P32661)
Marc Lorelli (MI P63156)
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan  48075-1238
Tel:    (248) 358-4400
Fax:    (248) 358-3351


*Attorneys for Plaintiff*

-4-

# EXHIBIT A



US006850221B1

(12) **United States Patent**
Tickle

(10) Patent No.: **US 6,850,221 B1**
(45) Date of Patent: **Feb. 1, 2005**

(54) **TRIGGER OPERATED ELECTRONIC DEVICE**

(75) Inventor: **James Dexter Tickle**, Thousand Oaks, CA (US)

(73) Assignee: **Interlink Electronics, Inc.**, Camarillo, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/932,612**

(22) Filed: **Sep. 17, 1997**

**Related U.S. Application Data**

(63) Continuation of application No. 08/523,716, filed on Sep. 5, 1995, now Pat. No. 5,670,988.

(51) Int. Cl.⁷ .................................................. G09G 5/08
(52) U.S. Cl. ...................................... 345/158; 345/157
(58) Field of Search ................................. 345/156, 157, 345/158, 159, 160, 161, 163, 169

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,465,908 A | 8/1984 | Griffith et al. |
| 4,552,360 A | 11/1985 | Bromley et al. |
| 4,578,674 A | 3/1986 | Baker et al. |
| 4,647,916 A | 3/1987 | Boughton |
| 4,739,128 A | 4/1988 | Grisham |
| D328,463 S | 8/1992 | King et al. |
| D331,058 S | 11/1992 | Morales |
| 5,172,101 A | 12/1992 | Bates |
| 5,207,426 A | 5/1993 | Inoue et al. |
| 5,253,068 A | 10/1993 | Crook et al. |
| D344,952 S | 3/1994 | Bartholomew |
| 5,296,871 A | 3/1994 | Paley |
| 5,367,316 A | 11/1994 | Ikezaki |
| 5,563,628 A | 10/1996 | Stroop |
| 5,670,988 A | 9/1997 | Tickle |
| 5,724,106 A | 3/1998 | Autry et al. |
| 5,900,867 A | 5/1999 | Schindler et al. |
| 6,072,470 A | 6/2000 | Ishigaki |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2244546 | 12/1991 |
| JP | 3000028 | 7/1994 |

*Primary Examiner*—Matthew Luu
(74) *Attorney, Agent, or Firm*—Brooks Kushman P.C.

(57) **ABSTRACT**

A device particularly for use with a computer comprises a housing for location at least partly between two fingers of a user's hand and an electronic circuit mounted on a board within the housing. The circuit includes a switch responsive to pressure selectively to open and close an electronic circuit, and conductive elements arranged on the board mounting the electronic circuit. A first control element is mounted with the housing and responsive to finger pressure such that pressure applied to the first control element causes the element to operate the switch. The first control element is movable with respect to a hinge such that finger action acts to cause the control element to swivel as a trigger about the hinge and thereby interact with the switch. The second control element includes a flexible material mounted such that pressure applied to the flexible material in different directions and positions acts to change the electrical relationship between the conductive elements on the board and thereby vary an output signal from the electronic circuit. The rear portion of the housing includes a receptacle for receiving removable battery means for powering the electronic circuit. There is an infra-red output signal transmitted to a receiver for operating the computer. The first control element is located substantially below the second control element, and the first control element being in a bottom face of the housing.

**18 Claims, 3 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6

US 6,850,221 B1

1

# TRIGGER OPERATED ELECTRONIC DEVICE

This is a continuation of Ser. No. 08/523,716, filed on Sep. 5, 1995, issued Sep. 23, 1997 as U.S. Pat. No. 5,670,988.

## BACKGROUND

Having an ergonomically effective mouse for operating a computer is highly desirable.

This invention relates to a trigger operated electronic device. In particular, it concerns a mouse for operating a cursor in a computer system.

A conventional mouse for operating a computer system is one which is hard wired to the computer and which physically moves over a base. The mouse movement is effected by having a hand grasp the top of the unit and moving the mouse on the base. Below the top of the unit there is a ball mounted in a track and as the ball rotates, the mouse moves on the base. There are usually at least two switches on the top face of the mouse. Pressing one or more switches in an appropriate sequence and for appropriate times causes an electrical signal to be transmitted from the mouse to the computer, which is then operated. Conventionally, the shape of the mouse is one which fits under the palm of the hand when the palm of the hand is turned to face downwardly.

This mouse is a relatively clumsy system for computer operation. What is particularly unwieldy is the fact that the hand of an operator needs to be moved to the location of the mouse on a mouse pad or base. This is particularly inconvenient because the operator's hands also need to be available for use to operate a computer keyboard or for use for other purposes unassociated with the computer. This difficulty is further compounded by the fact that the mouse pad is usually located in a removed position relative to the other computer components. One therefore finds that operating a computer with a mouse in this hard wired fashion, while one is doing extra work, is relatively awkward.

There is, accordingly, a need to provide a mouse system for operating an electronic device such as a computer which is ergonomically and functionally more satisfactory than known systems.

## SUMMARY

By this invention, there is provided a system which minimizes the disadvantages of the prior devices and systems.

According to the invention there is provided a trigger operated device in the nature of a pointing device for use with an electronic system such as a computer. The pointing device is one which performs the function of a mouse. The mouse is portable or self-contained in that it does not operate on a base.

There is a housing for location at least partly between two fingers of a hand and an electronic circuit mounted on a board within the housing.

The circuit includes a switch responsive to pressure selectively to open and close an electronic circuit, and conductive elements arranged on the board mounting the electronic circuit.

A first control element is mounted with the housing and is responsive to finger pressure such that pressure applied to the first control element causes the element to operate the switch. The first control element is movable with respect to a hinge. Finger action acts to cause the control element to swivel as a trigger about the hinge and thereby interact with the switch.

2

A second control element includes a transducer that includes a flexible material. Pressure applied to the flexible material in different directions and positions acts to change the electrical relationship between the conductive elements on the board and thereby vary an output signal from the electronic circuit.

The rear portion of the housing member includes a receptacle for receiving removable battery means for powering the electronic circuit.

The first control element is located substantially below the second control element. The first control element is in a bottom face of the housing.

In a preferred form of the invention the housing includes two ports. A first port is for locating the first control element, and a second port for locating the second control element.

Also in a preferred form of the invention, both the first control element and the second control element are located in a relatively forward position of the housing. The first control element is adapted for operation by the index finger of a hand, and the second control element is adapted for operation by the thumb of the user's hand.

Preferably, the rear portion of the housing means is adapted for location generally in at least part of a palm of the hand. The first control element is for engagement with the index finger, and the second control element is for engagement with the thumb.

The housing preferably includes a contoured step, the contoured step receives the first control element. The contoured step has a first face for generally providing a rest location for the index finger and a rear face for generally providing a rest position for a forefinger of a hand.

There is an infra-red output signal transmitted relatively from the electronic circuit to a receiver for operating the computer.

In some other preferred forms of the invention there is a third control element. The third control element is located in a spaced location from the second control element for selective operation by a thumb of a hand. Preferably, the third control element is movable relatively inwardly and outwardly relative to an outer surface of the housing. A second switch for the electronic circuit is operable under interaction from the third control element thereby to generate switching signals for the electronic circuit.

The invention is further described with reference to the accompanying drawings.

## DRAWINGS

The present invention, both as to its organization and manner of operation, together with further objects and advantages thereof, may best be understood with reference to the following description, taken in connection with the accompanying drawings in which:

FIG. 1 is a perspective view from the top of a mouse in relation to a receiver for receiving signals from the mouse for operating an electronic system;

FIG. 2 is a perspective view of the mouse from underneath together with the receiver from underneath, the receiver shown hard wired to a computer;

FIG. 3 is an exploded perspective view of the mouse showing various components;

FIG. 4 is a sectional side eval view of the mouse showing the location of the user's hand in relation to different components of the mouse;

FIG. 5 is a top view of the electronic board for operating the electronic circuit of the mouse; and

US 6,850,221 B1

3

FIG. 6 is a perspective view from the top illustrating a different form of a mouse with different control elements.

## DESCRIPTION

A mouse pointing device 10 is for use with a computer 11. There is a receiver 12 between the mouse 10 and the computer 11. A housing 13 for the mouse is formed for location at least partly between two fingers 14 and 15 of a hand 16.

There is an electronic circuit 17 mounted on a board 18 within the housing 13. The circuit 17 includes a first switch 19 responsive to pressure selectively to open and close the electronic circuit 17. There are conductive elements 200 arranged on the board 18 sharing the electronic circuit 17. The operation of the circuit is described further below.

A first control element 20 is mounted with the housing 13 and is responsive to pressure from finger 14 such that pressure applied to the first control element 20 causes the element 20 to operate the switch 19. The first control element 20 is movable with respect to a hinge 21 such that action from finger 14 acts to cause the control element 20 to swivel as a trigger about the hinge 21 and thereby interact with the switch 19.

A second control element 22 is a button and acts as a transducer and includes a flexible material. The element 22 is mounted such that pressure applied to the flexible material in different directions and positions acts to change the electrical relationship between the conductive elements 200 on the board 18. This varies an output signal from the electronic circuit 17.

The rear portion 23 of the housing 13 includes a receptacle 24 for receiving removable battery means 25 for powering the electronic circuit 17.

There is a LED device 26 for emitting an infra-red output signal for transmission to the receiver 12 for operating the computer 11. The first control element 20 is located substantially below the second control element 22, and the first control element 20 is in a bottom face 27 of the housing 13.

Housing

The housing 13 has a forward end 28, a rear end 29, opposed sides 30 and 31, a top face 32 and a bottom face 27. The top face 32 is of a generally elliptical shape, the elliptical shape being substantially elongated in the direction defined by a longitudinal axis 320.

The housing 13 includes three ports 33, 34, and 35. A first port 33 is for locating the first control element 20, a second port 34 is for locating the second control element 22, and a third port 35 is for locating a third control element 36.

The rear portion 23 of the housing 13 includes a belly portion 37 depending downwardly from the housing 13 for receiving at least portion of a battery means 25. The belly portion 37 is for resting in at least a portion of a palm 38 of the hand 16.

Both the first control element 20 and the second control element 22 are located in a relatively forward position of the housing 13. The first control element 20 is adapted for operation by the index finger 14 of the hand 16. The second control element 22 is adapted for operation by the thumb 15 of the hand 16.

Electronic Circuit

The electronic circuit 17 includes switches 19 and 39 responsive to pressure selectively to open and close the electronic circuit 17.

The electronic circuit 17 provides an output signal to device 26 to transmit the output signal to the receiver 12 for operating the computer 11. The output device 26 includes

4

the LED infra-red light generator. There are means for mounting the infra-red LED light generator 26 in the forward end 28 of the housing 13. A window shade or window screen 40 is located in the forward portion 28 of the housing 13, the screen 40 being for covering the infra-red LED output device 26.

The pressure transducer of the electronic circuit operates as described with relation to FIG. 5.

The overlay arrangement of conductive elements 200 has five different terminals labeled 41–45. Underneath the overlay conductive elements 200 is a conductive plate 46, with a given resistance per unit square (e.g., 500 Ω/square mm).

The terminals 41–45 are respectively connected to different traces 47 on the conductive elements 20, all of which are conductive. (For purposes of convenience, in the following description, a trace and the terminal to which it is connected share the reference numeral assigned to the terminal.) The more of the conductive traces 47 that touch the conductive plate 46, the smaller the resistance. There is a larger current carrying area for the electrons.

Terminal 41 is the common trace. It has "fingers" that interleave with all of the other traces. Trace 41 completes the circuit for all other traces.

Trace 42 is the "Down" trace. Trace 43 is the "Left" trace. Trace 44, is the "Up" trace. Trace 45 is the "Right" trace.

As a user presses down on the bottom of the control element 22, the pressure forces contact between the trace 41, and one or more of the other four traces 42 to 45, and the conductive plate 46.

For example, two scenarios are explained on how the pressure transducer works. The first example is that the user wants the cursor 49 on the computer monitor 150 of computer 11 to move straight up or north on the screen 151, and the second example is that the user wants the cursor 49 to move in a southwesterly direction on the screen 151.

### EXAMPLE 1

Straight Up (North)

For the user to move the cursor 49 straight north, the user would naturally push the thumb 15 forward, or towards the LED emission window 40 on the mouse 10. This motion would cause contact between trace 44, trace 41, and the conductive plate 46 underneath the conductive elements 200. For about a forty degree path centered around the front of the mouse 10 there can be no contact with any trace except the traces 41 and 44.

When the user wants to move the mouse 10 faster, the user would naturally press harder in the forward direction. This additional pressure causes additional contact between the longer fingers of traces 47 towards the outside of the hexagonal conductive elements 200, reducing the resistance and causing more current to flow. This will increase the speed of the cursor movement on the screen 151.

### EXAMPLE 2

Southwesterly Direction

For the user to move the cursor 49 in a southwesterly direction, the user would naturally pull the thumb 15 back. For a right-handed mouse user, this would push the thumb away from the palm 16. This motion would cause the trace 41 to contact the trace 43, which moves the cursor 49 to the left, and also cause the trace 44 to contact the trace 42. This moves the cursor 49 down. As with example 1, the harder the user presses in that direction, the larger the contact area

US 6,850,221 B1

5

between the traces 47 and the conductive plate 46, making the cursor 49 move faster.

Any other movement is a similar motion to the above two examples.

The electronic circuit 17 operates as follows:

As the user applies pressure to one or more of the four quadrants underneath the second switch button 22, the conductive plate 46 for that quadrant becomes connected to the common portion of the plate 46. As more pressure is applied, the resistance decreases, since there is more current carrying area when more pressure is applied, therefore reducing the overall resistance. Since the voltage is constant, the current must increase to compensate for this change in resistance.

As the current changes, the resistors, capacitors, and driver for the LED 26 change the intensity of the light emanating from the LED 26. The circuit 17 can also perform the transformation from current into an increase in pulse repetition frequency (PRF), or from current into a different coding scheme to indicate a faster movement of the cursor 49.

Pressing switch 22 is analogous to pressing one of the buttons on a tabletop mouse or trackball. When the switch button 22 is pressed, a momentary contact is made within the supporting circuit, and a corresponding signal indicating that the button 22 has been pressed is transmitted to the LED 26, which transmits a signal propagating in a direction generally along longitudinal axis 320 to the receiver 12 at the computer 11.

First Control Element

The first control element 20 is responsive to finger pressure such that pressure applied to the first control element 20 causes it to operate the switch 19 to open and close electronic circuit 17. The first control element 20 is located in a position of the housing 10 to act as a trigger movable under pressure at least partly towards the rear end 29 of the housing 13. Such movement acts to operate the switch 19, which moves inwardly or outwardly for the electronic circuit. The switch 19 is a mechanical element, and its action can affect a click or drag of the cursor.

Second Control Element

The second control element 22 is mounted with the housing 13 and is responsive to thumb pressure. The pressure on the second element 22 on a selected place and direction acts to change the electrical condition between the conductive traces 47 and the plate 46.

The housing 13 includes a contoured step 50 for receiving the first control element 20. The contoured step 50 has a first face 51 for generally providing a rest location for the index finger 14 and a rear face 52 for generally providing a rest position for a forefinger 53 of the hand 16.

The first control element 20 is located towards one of the narrow ends of the elliptical shape. The first control element 20 is located substantially below the second control element 22.

In a different embodiment there are third and further control elements 54 and 55. (Third control element 54 is in approximately the same location as, but is of different shape from that of, control element 36 of the previously described embodiment.) These additional control elements 54 and 55 are located in a spaced location from the second control element 22. The further control elements 54 and 55 are for selective operation by the thumb 15 of a hand 16. The third control element 54 is movable relatively inwardly and outwardly relative to top face 32 of the housing 13. There is a switch 39 for the electronic circuit 17, and the switch 39

6

is operable under interaction from the third control element 54 thereby to generate switching signals to the electronic circuit 17.

General

Many other forms of the invention exist, each differing from others in matters of detail only.

There can be multiple control elements located on the housing. The multiple control elements are responsive to finger pressure to operate switch elements related with each respective control element thereby to control the operation of the electronic circuit.

In some other examples of the invention, instead of having a transducer operating with an electrical conductor array to be responsive to pressure relative to a conductive plate, it is possible to have the transducer interact with an optical array transducer or pressure sensitive TrakPoint (TM) pointer as is typically used on IBM Thinkpad (TM) computers.

Moreover there can be embodiments where the device can be used to signal electronic devices and systems responsive to signals from the first trigger type control member or one or more other control members on the housing. As such, the electronic device could be desired to activate other remote electronic elements such as VCRs and TVs. In some cases, the electronic device is hard wired directly to the electronically responsive device.

The invention is to be determined solely in terms of the following claims.

What is claimed is:

1. A portable, trigger operated pointing device for use with an electronically responsive system, the pointing device comprising:

a housing for location at least partly between a first finger and a thumb of a user's hand, the housing having a generally straight, elongated profile defining a longitudinal axis and having a forward end, a rear end, opposed sides, a top face, and a bottom face, the bottom face including a contoured step positioned medially of the forward and rear ends and transversely of the opposed sides, the contoured step having a first face for generally providing a rest location for the first finger of the user's hand;

an electronic circuit mounted on a board contained within the housing, the board having first and second opposed sides, the electronic circuit including a first switch on the first side of the board, the first switch being responsive to pressure selectively to open and close the electronic circuit such that the electronic circuit generates a first output signal upon operation of the first switch, the electronic circuit further including a second switch on the second side of the board, the second switch being responsive to pressure selectively to open and close the electronic circuit upon operation of the second switch;

a first control element mounted with the housing at the first face of the contoured step and operatively connected to the first switch to be responsive to finger pressure such that pressure applied to the first control element causes the first control element to operate the first switch;

a second control element mounted with the housing at the top face and operatively connected to the second switch to be responsive to thumb pressure such that pressure applied to the second control element causes the second control element to operate the second switch; and

an output signal emitter responsive to an output signal from the electronic circuit to wirelessly emit the output signal for reception by the electronically responsive system.

US 6,850,221 B1

7

**2.** A portable, trigger operated pointing device for use with an electronically responsive system, the pointing device comprising:

a housing for location at least partly between an index finger and a thumb of a user's hand, the housing having a generally, straight elongated profile defining a longitudinal axis and having a forward end, a rear end, opposed sides, a top face, and a bottom face, the bottom face including a contoured step positioned medially of the forward and rear ends and transversely of the opposed sides, the contoured step having a first face for generally providing a rest location for the index finger of the user's hand;

an electronic circuit mounted on a board affixable to the housing within the housing, the board having first and second opposed sides, the electronic circuit including a first switch on the first side of the board, the first switch being responsive to movement of the user's index finger selectively to open and close the electronic circuit such that the electronic circuit generates a first output signal upon operation of the first switch, and a second switch responsive to movement of the user's thumb selectively to open and close the electronic circuit such that the electronic circuit generates a second output signal upon operation of the second switch, the electronic circuit further including a second switch on the second side of the board, the second switch being responsive to pressure selectively to open and close the electronic circuit upon operation of the second switch;

a first control element affixable to the housing at the first face of the contoured step and provided in communication with the first switch, the first control element operative to respond to pressure applied by the user's index finger to operate the first switch;

a second control element affixable to the housing at the top face and provided in communication with the second switch, the second control element operative to respond to pressure applied by the user's thumb to operate the second switch; and

an output signal emitter affixable to the housing and responsive to output signals provided by the electronic circuit to wirelessly emit the output signals for reception by the electronically responsive system.

**3.** A pointing device as in claim **2,** wherein the second switch is a transducer responsive element.

**4.** A pointing device as in claim **2,** wherein the first control element is located in a position to act as a trigger movable under pressure at least partly towards the rear end, such movement acting to operate the first switch, and the first switch being a mechanical element.

**5.** A pointing device as in claim **2,** wherein the output signal emitter is positioned to transmit in a direction generally along the longitudinal axis from the forward end the output signals provided by the electronic circuit.

**6.** A portable, trigger operated pointing device for use with an electronically responsive system, the pointing device comprising:

a housing for location at least partly between a finger and a thumb of a user's hand, the housing having a generally straight, elongated profile defining a longitudinal axis and having a forward end, a rear end, opposed sides, a top face, and a bottom face, the bottom face including a contoured step positioned medially of the forward and rear ends and transversely of the opposed sides, the contoured step having a first face for generally providing a rest location for the finger of the user's hand;

8

an electronic circuit mounted on a board affixable to the housing, the board having first and second opposed sides, the electronic circuit including a first switch on the first side of the board and a second switch on the second side of the board;

a first control element affixable to the housing at the first face of the contoured step and provided in communication with the first switch, the first control element operative to respond to movement of the user's finger to operate the first switch and thereby cause the electronic circuit to provide a corresponding first output signal;

a second control element affixable to the housing at the top face and provided in communication with the second switch, the second control element operative to respond to movement of the user's thumb to operate the second switch and thereby cause the electronic circuit to provide a corresponding second output signal; and

an output signal emitter affixable to the housing and responsive to output signals provided by the electronic circuit to wirelessly emit the output signals for reception by the electronically responsive system.

**7.** A pointing device as in claim **6,** wherein the first switch is a mechanical switch and the first control element is operative to respond to pressure applied by the user's finger to operate the first mechanical switch.

**8.** A pointing device as in claim **6,** wherein the second switch is a transducer responsive element and the second control element is operative to respond to movement of the user's thumb to cause a change in a condition of the transducer responsive element.

**9.** A pointing device as in claim **6,** wherein the first switch is a transducer responsive element and the first control element is operative to respond to movement of the user's finger to cause a change in a condition of the transducer responsive element.

**10.** A trigger operated pointing device for use with an electronically responsive system, the pointing device comprising:

a housing for location at least partly between an index finger and a thumb of a user's hand, the housing having a generally straight, elongated profile defining a longitudinal axis and having a forward end, a rear end, opposed sides, a top face, and a bottom face, the bottom face including a contoured step positioned medially of the forward and rear ends and transversely of the opposed sides, the contoured step having a first face for generally providing a rest location for the index finger of the user's hand;

at least one electronic circuit mounted on a board affixable to the housing, the board having first and second opposed sides, the at least one electronic circuit including a first switch mounted on the first side of the board, the first switch being responsive to movement of the user's finger selectively to open and close the at least one electronic circuit and thereby generate a first output signal, and the at least one electronic circuit further including a second switch mounted on the second side of the board, the second switch being responsive to movement of the user's thumb selectively to open and close the at least one electronic circuit and thereby generate a second output signal;

a first control element affixable to the housing at the first face of the contoured step and provided in communication with the first switch, the first control element operative to respond to movement of the user's finger to operate the first switch;

US 6,850,221 B1

9

a second control element affixable to the housing at the top face and provided in communication with the second switch, the second control element operative to respond to movement of the user's thumb to operate the second switch; and

an output signal emitter affixable to the housing and responsive to output signals provided by the at least one electronic circuit, wherein the output signal emitter is positioned to wirelessly transmit from the forward end a transmitted output signal in a direction generally along the longitudinal axis for receipt by the electronically responsive system.

11. A pointing device as in claim 10, wherein the at least one electronic circuit further includes a third switch mounted on the third side of the board, the third switch being responsive to movement of the user's thumb selectively to open and close the at least one electronic circuit and thereby generate a third output signal;

wherein the pointing device further includes a third control element mounted with the housing at the top face and operatively connected to the third switch to be responsive to thumb pressure such that pressure applied to the third control element causes the third control element to operate the third switch.

12. A pointing device as in claim 1, wherein the second switch is a transducer responsive element and the second control element is operative to respond to movement of the user's thumb to cause a change in a condition of the transducer responsive element.

13. A pointing device as in claim 1, wherein the electronic circuit further includes a third switch responsive to pressure selectively to open and close the electronic circuit such that

10

the electronic circuit generates a third output signal upon operation of the third switch;

wherein the pointing device further includes a third control element mounted with the housing at the top face and operatively connected to the third switch to be responsive to thumb pressure such that pressure applied to the third control element causes the third control element to operate the third switch.

14. A pointing device as in claim 1, wherein the first control element is located in a position to act as a trigger movable under pressure at least partly towards the rear end, such movement acting to operate the first switch, and the first switch being a mechanical element.

15. A pointing device as in claim 1, wherein the output signal emitter is positioned to transmit from the forward end a transmitted output signal in a direction generally along the longitudinal axis.

16. A pointing device as in claim 6, wherein the first control element is located in a position to act as a trigger movable under pressure at least partly towards the rear end, such movement acting to operate the first switch, and the first switch being a mechanical element.

17. A pointing device as in claim 10, wherein the first control element is located in a position to act as a trigger movable under pressure at least partly towards the rear end, such movement acting to operate the first switch, and the first switch being a mechanical element.

18. A pointing device as in claim 17, wherein the second switch is a mechanical switch and the first control element is operative to respond to pressure applied by the user's finger to operate the second mechanical switch.

*  *  *  *  *

JS 44
(REV. 12/96)

# CIVIL COVER SHEET

## COUNTY IN WHICH ACTION AROSE _____

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

INTERLINK ELECTRONICS, INC.

### DEFENDANTS

NINTENDO OF AMERICA INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard Herrmann    #405
Morris James LLP
500 Delaware Avenue, Suite 1500, P.O. Box 2306
Wilmington, Delaware 19899-2306

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ■ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Patent Infringement under Title 35, United States Code

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ■ YES  ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
Richard Herrmann

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 3.1

1. Is this a case that has been previously discontinued or dismissed?       □ YES     ■ NO

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued    □ YES     ■ NO
   or dismissed companion cases in this or any other court, including state
   court?  (Companion cases are matters in which it appears substantially
   similar evidence will be offered or the same or related parties are present
   and the cases arise out of the same transaction or occurrence.)

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes:

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____06 - 7 3 2_____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_____12/4/06_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____Dustin Frohlich_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action