IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERLINK ELECTRONICS, INC., | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) C.A. No.: ) |
| NINTENDO OF AMERICA, | ) ) ) |
| *Defendant.* | ) |

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST**

Pursuant to LR 83.4, Interlink Electronics, Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly-owned corporation?

    YES _____   NO __X__

2. Is there a publicly-owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    YES _____   NO __X__

By: _____
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Tel: (302) 888-6800
Fax: (302) 571-1750

Dated: December 4, 2006

*Attorneys for Plaintiff*