**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INTERLINK ELECTRONICS, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **C.A. No.: 06-732 SLR** |
| | ) | |
| **NINTENDO OF AMERICA,** | ) | |
| | ) | |
| *Defendant*. | ) | |

**VOLUNTARY DISMISSAL**
**UNDER RULE 41(a)(1)**

As defendant has neither answered nor moved for summary judgment, plaintiff

Interlink Electronics, Inc. hereby voluntarily dismisses this case under Rule 41(a)(1).

         */s/ Richard K. Herrmann*
Richard K. Herrmann #405
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: rherrmann@morrisjames.com

MARK A. CANTOR  (MI P32661)
MARC LORELLI     (MI P63156)
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan  48075-1238
Tel:    (248) 358-4400
Fax:    (248) 358-3351                    Attorneys for Plaintiff
                                          **INTERLINK ELECTRONICS, INC.**

Dated:  March 7, 2007